UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 02 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Addo, Ali - petitioner
    Franklin House of Correction
V.  160 Elm Street
    Greenfield, MA 01301
DIRECTOR OF ICE Headquarter
IN WASHINGTON, DC - Respondent

EMERgency petition challenging authority of United States Immigration and customs enforcement to detain the petitioner:

As grounds, therefore, the petitioner states:

The petitioner was released from ICE detention on October 31, 2005 after he has been in detention for more than 15 months. The petitioner has been reporting to ICE timely and as scheduled and never missed a single report. The last report was on October 3, 2006 and the petitioner was scheduled to report on November 16, 2006. See the attached report sheet.

On October 5, 2006, the petitioner called the office in Boston to get permission to go to Rochester, NY to attend Rochester Institute of Technology. The petitioner was told to come to the office

RECEIVED OCT 01 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

on October 10, 2006 to get the permission and he was arrested without any reason or explanation of why he was arrested in violation of 8 CFR section 241.4L1

The arrest was engineered by two officers, JAMES English and Jennifer Mcgrath who have been harassing the petitioner upon reporting. On November 2, 2006 three ICE officers came to the facility where the petitioner is illegally held with forged and fabricated passport that bears a name different than that of the petitioner provided them by JAMES English and Jennifer Mcgrath to illegally remove the petitioner.

When the nature of the passport was exposed they fled and refuse to give the petitioner a copy of the forged passport. ~~to show~~ The petitioner is respectfully moving the Honorable court that he be provided a copy of that passport to show this court the degree of criminal activities these ICE officers engaged.

As matter of discovery, the petitioner is also entitled to receive a copy of the forged passport.

The Honorable court also is asked to order ICE to give the petitioner his legal papers which are being illegally held by ICE to prevent the petitioner from defending himself including the papers ICE faxed to the facility where the petitioner was held, ~~at~~ SouthBay facility, before he was illegally transferred to Franklin County Jail to prevent an investigation on attack by two ICE officers on the petitioner that injured the petitioner.

The petitioner is drawing the attention of the Honorable court to take immediate rectification of this egregious conduct

and act which is colossal violation of the petitioner constitutional rights and cancel the Unconstitutional authority ICE exercized to detain the petitioner

The petitioner wrote to the Headquarter and its Director in Washington, DC multiple times and no response was provided.

The lack of response coupled with the agency's callousness to violations of its officers clearly shows that this bureau has no effective and emergency means in place to deal with such violations by its officers.

### Background:

The petitioner is a United States citizen whose citizenship status is being reviewed by the third circuit court of Appeals. The petitioner is originally from Somalia. The petitioner denounced his Somali citizenship in the course of Naturalization. The petitioner is a graduate of the University of California and is persuing advanced graduate program of science and technology at Rochester Institute of technology and poses no threat to anyone. What is appalling in this case is the officers arrested the petitioner with sole intention to harm him and 694 dollars are still missing as the result of the stealing acts of these officers.

### "Emergency Medical issue"

The petitioner is diagnosed with Brian tumor and needs to undergo surgery. See the attached Neurosurgeon report

Wherefore, the petitioner respectfully requests the Honorable court to declare ICE authority to detain the petitioner illegally and unconstitutional and the revocation of the supervision unconstitutional since the agency violated its own rules. See 8 CFR section 241.4L1

Furthermore, the petitioner is United States citizen as discussed in the preceeding paragraph.

The petitioner has been in detention approximately one year and no reason or explanation was provided on why the petitioner is detained. What is appalling is the fact ICE officers committed federal crimes of forging and fabricating passport to illegally remove the petitioner so as to cover their criminal acts of exercizing authority it does not have to violate the petitioner's rights under the fourth and Eight amendments and other relevant statutes and amendments.

Since the Headquarter is located in Washington, DC, and the Headquarter assumes jurisdiction whenever an individual's detention exceeds six months notwithstanding the fact the petitioner is a United States citizen makes U.S. District court for the District of Columbia the proper Avenue of jurisdiction.

Therefore, the petitioner is respectfully requesting the Honorable court to declare ICE authority to detain the petitioner unconstitutional and order that a copy of the forged passport be provided to the court and the petitioner with an explanation on how its officers procured the forged and fabricated passport.

Respectfully submitted,

Addo Ali, pro se

A # 27-117-126

signature: Addouy

Address:

Addo Ali, # 0667905

Franklin County House of Corrections

160 Elm Street

Greenfield, MA 01301


Proof of Service:

A copy of this petition is mailed via first class mail with enough postage on it on 9-20 to

Director of ICE Headquarter

U.S Department of Homeland Security

425 I Street, NW

Washington, DC 20536

ALI ADDO – DOB: 12/10/63
OFFICE VISIT
08/29/07

I was asked to see Ali Addo a 43-year-old Somali gentleman who apparently had an episode where he fell out of a cot and complained of headache and was taken to Franklin Medical Center and had a head C.T. and then an MRI. He was referred on the basis of the MRI findings. There was an episode he described of his roommate saying he had an odd posturing of his head which sounded like seizure activity. He denies any medical problems. He had anal fistula surgery in Somali. He takes Motrin for tooth pain. He has no known drug allergies. He is a right handed, non-smoker.

On examination he is bright, awake and alert with normal speech and comprehension. He had full extra-ocular movements, symmetric face, normal strength, he ambulates without difficulty.

MRI shows approximately 2.8 by 2 by 2 left posterior temporal tumor just above the transverse sinus consistent with a meningioma. There is some mass effect around the surrounding brain.

Given Mr. Addo's age, the surrounding edema, I would recommend surgical resection of this. I do not think observation is reasonable and I do not think radiosurgery is as good an option but I discussed it as an option with him. I do think he had a seizure. I wrote him a prescription for Trileptal and the patient does need to follow up with a neurologist also. This can be made locally in Greenfield. The patient is not sure if he wants to proceed with surgical intervention. I explained to him in detail the risks, benefits and alternatives and he will get back in touch with us if he wishes to proceed with surgery.



Kamal K. Kalia, M.D.
KKK/kml

Cc:   Marilyn Morningstar, N.P.
      Mr. Ali Addo

**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement**

Joseph Nairm    Jennifer 617-565-8304

Continuation Page for Form: **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| ADDO, Ali Hussein | A27 117 126 | 10/31/2005 |

*Alien's Signature*

**Alien's Address**

18 Tufts Street
Cambridge, MASS 02139

617-231-8061

*Alien's Telephone Number (if any)*

44 Church St. #2
Somerville, MA 02143
617-755-8746

**PERSONAL REPORT RECORD**

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| 11/31/05 | MW | Reported Boston DRO Next Report date - March 1, 2006 |
| | | Changed to 1st Business day of every 3rd month |
| 3-806 | JN | Reported Next- 9-5-06 1:30 |
| 9-30-06 | JN | Reported Next- 10-3-06 1:20 |
| 10-3-06 | JN | Reported Next- 11-16-06 2:40 |

Signature                    Title